18-2284

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION - CANTON

| | |
|---|---|
| In re | CHAPTER 7 BANKRUPTCY |
| Maria B Pry | Case No. 18-62003 |
| | Judge: RUSS KENDIG |
| Debtor | **NOTICE OF MOTION FOR RELIEF FROM STAY** |

  U.S. Bank National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC4 (hereinafter, "Movant") has filed papers with the Court seeking relief from the automatic stay under Section 362 of the Bankruptcy Code. The preliminary hearing on this matter, if any is required, is set for November 28, 2018 at 9:30 a.m. at the United States Bankruptcy Court, Ralph Regula U.S. Courthouse – Courtroom, 401 McKinley Avenue, S.W., Canton, OH 44702.

  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

  If you do not want to the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before November 21, 2018, you or your attorney must:

File with the Court a written request for hearing and a written response setting for the specific grounds for objection at:

    Ralph Regula U.S. Courthouse -- Courtroom
    401 McKinley Avenue, S.W.
    Canton, OH 44702

If you mail your request and response to the Court for filing, you must mail it early enough so the court will receive it **before** the date stated above.

You must also mail a copy to:

Phyllis A. Ulrich
Christopher P. Kennedy
Attorneys for Movant
24755 Chagrin Blvd.,
Cleveland, OH 44122-5690

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, and may enter an Order granting that relief.

Date:  October 11, 2018

> */s/ Phyllis A. Ulrich*
> Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
> By:  Phyllis A. Ulrich (0055291)
>     Christopher P. Kennedy (0074648)
> 24755 Chagrin Blvd.,
> Cleveland, OH 44122-5690
> 216-360-7200 Phone
> (216) 360-7212 Facsimile
> bankruptcy@carlisle-law.com
> Attorneys for Movant:
> U.S. Bank National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC4

# **CERTIFICATE OF SERVICE**

I certify that on October 11, 2018, a true and correct copy of U.S. Bank National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC4's Notice of Motion for Relief from Stay was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Russell James Long, on behalf of Maria B Pry, Debtor, at rlong9@gmail.com
Anthony J. DeGirolamo, on behalf of the Chapter 7 Trustee's office at ajdlaw@sbcglobal.net
Office of the United States Trustee, at (registered address)@usdoj.gov

And by regular U.S. Mail, postage paid, on:

Maria B Pry, at 4691 Baker Road, Crestline, OH 44827

*/s/ Phyllis A. Ulrich*
Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
By: Phyllis A. Ulrich
Christopher P. Kennedy